Case Number: _____ AT 3330-0084 _____

Location of Search:
Austin Nevin aka Uncle Willie
1462 Waterspring Road
Orangeburg, S.C.

# Search Warrant Inventory

| LI.7 | Description |
|---|---|
| C1 | White HP Computer Monitor/Keyboard SN#8CC6340FSY Model 20-c013w)(Kitchen Desk) |
| C2 | 16 GB Sandisk SDHC Card (Kitchen Island Drawer) |
| C3 | LGSmart Phone |
| C4 | HP Laptop SN#5CD1036MXQ MODEL# 14-FQ0040NR |
| C5 | IPHONE 5S (PURPLE OTTERBOX PHONE CASE) DAMAGE CASE |
| G1 | ASSORTMENT OF PILLS FOR DOGS |
| G2 | DOG Medicine/Needles |
| H1 | WHITE IPHONE MODEL:A1522 (IMEI359319062045126) |
| I1 | PEDIGREE DOCUMENTS |
| I2 | LEDGERS & DOCUMENTS |
| I3 | COLLARS/CHAINS/TROPHY |
| I4 | GREEN ARMY CAMEO POUCH W/3X OLD SMART PHONES (BLK CRACKED LG |
| O1 | SPIRAL NOTEBOOK LEDGER |
| O2 | PEDIGREE DOCUMENTS |
| O3 | (2) Black Verizon Samsung Flip Phones |
| O4 | Red Case IPHONE (PW:1966) SKU: CLNRAPL79P128-DPA belong to (wife Crystal) Black Samasung with INCIPIO phone case (belongs to Austin N.) (IMEI:35535511164640) |
| O4 | PW:2202 |
| P1 | (5) CHS TAPES ON PIT BULL FIGHT |
|  | SEE ATTACHED SLED FORENSIC SERVICE LAB CHAIN OF CUSTODY |
| PIT-1 | FORM FSA-049 |
| PIT-2 | (2) BREAK STICKS |
| PIT-3 | FIGHTING PIT |
| PIT-4 | SAMPLE CARPET WITH BLOOD STAINS |
| R-1 | WAS CHANGED TO PIT-2 |
| Q-1 | FLAT MILL |
| Q-2 | RAPE STAND |
| Q-3 | VARIOUS VITAIMS |
| Q-4 | FIGHT KIT W/SPONGES & ALCOHOL |
| Q-5 | (4) VARIETY OF SUPPLEMENTS/DEWORMERS |
| Q-6 | (2) BLUE BUCKET OF CHAINS |

| | |
|---|---|
| Q7 | (7) HANGING SCALES |
| Q8 | SLAT MILL |
| Q9 | CHAINS |
| Q10 | LEDGERS |
| Q11 | COLLARS/LEASHES |
| Q12 | (1) ANIMAL HIVE (2) COLLARS |
| Q13 | JUMPER CABLES AND LEASHES |
| Q14 | SPRING HOLD |
| Q15 | SEE ATTACHED ANIMAL INVENTORY LOG (27 PIT BULL TYPE DOGS) |

On <u>September 25, 2022</u> at <u>3:15</u> hours, this inventory was prepared and a copy was provided in the following manner:

____ No person was present to provide a copy of this inventory, subsequently it was left at the below locations:

_____

_X_ A copy of this inventory was provided to the following person:

Name: AUSTIN NEVIN                           Signature: _[signature]_
Address: 1462 Waterspring Road, Orangeburg, S.C.

I, <u>ASAC SALINA WALKER</u> the inventory officer, certify this inventory depicts a true and accurate representation of the items seized pursuent to the search warrant.

Inventory Officer: _[signature]_          Witness: _[signature]_  9/25/22

Printed Name: SALINA WALKER               Printed Name: MARCO DEASA-LITTIG